**Order entered February 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00744-CV

### ROBBIE LESA HAMES HORTON, Appellant

### V.

### KIMBERLY A. STOVALL, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14190**

## ORDER

This case has been remanded by the Texas Supreme Court and reinstated on this Court's docket for this Court to provide appellant an opportunity to cure her failure to cite to the appellate record in her brief. *Horton v. Stovall*, No. 18-0925, 2019 WL 6971668, at *3 (Tex. Dec. 20, 2019). Accordingly, we **ORDER** appellant to file, within **TWENTY DAYS** of the date of this order, an amended brief that provides citations to the clerk's record in support of appellant's argument. *See* TEX. R. APP. P. 38.1(i) (brief must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and the record). The amended brief may, but is not required to, supplement, amend, or correct any briefing deficiency. If appellant fails to file an amended brief, the case will be submitted on appellant's brief filed in

this Court on December 6, 2016.

/s/    DAVID EVANS
        JUSTICE